STATE OF NORTH CAROLINA v. RAYMOND LORENZO BURKE, JR.

No. 299A11

(Filed 27 January 2012)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 712 S.E.2d 704 (2011), vacating a judgment entered on 24 August 2009 by Judge Theodore S. Royster in Superior Court, Mecklenburg County. Heard in the Supreme Court on 11 January 2012.

*Roy Cooper, Attorney General, by Martin T. McCracken, Assistant Attorney General, for the State-appellant.*

*The Wright Law Firm of Charlotte, PLLC, by Roderick M. Wright, Jr., for defendant-appellee.*

PER CURIAM.

AFFIRMED.